UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

SUSAN M. SANDBURG,  )
        )
    Plaintiff,  )
        )    NO. CV-10-219-JPH
    vs.  )
        )    **JUDGMENT IN A CIVIL CASE**
MICHAEL J. ASTRUE,  )
Commissioner of Social Security,  )
        )
    Defendant.  )
_____)

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**. The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 USC § 405(g), and Judgment is entered for Plaintiff.

DATED this 6th day of January, 2012.

                JAMES R. LARSEN
                District Court Executive/Clerk


                by: __s/ Karen White_____
                     Deputy Clerk

cc: all counsel